644

429 A.2d 763

Lorenz, Appellant v. Paul.

Submitted March 3, 1980. Jordan D. Cunningham, for appellant; William Fearen, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

429 A.2d 763

Rensselaer Polytechnic Inst. v. Starer, Appellant.

Argued September 8, 1980. Steven J. Fishgold, for appellant; Paul Breen, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.